UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

M.T.G., INC., d/b/a MATRIX
TECHNOLOGIES GROUP,

        Debtor.
_____/

Case No: 95-48268
Chapter 7
Honorable: Thomas Tucker

## REPORT BY (SECOND) SUCCESSOR TRUSTEE, GUY C. VINING, FOR PERIOD ENDING 9-30-18

The undersigned was elected as (the second) successor trustee on August 24, 2001 and the election was confirmed by a court order on December 21, 2001.

On February 8, 2002 an Order Granting Trustee's Second Motion for Authority to Pay Chapter 7 Administrative Expenses was entered. Following the entry of this order, the successor trustee, Douglas S. Ellmann, timely transmitted to the undersigned $85,191.47.

On February 22, 2002 the undersigned opened a trustee's account with the Huntington National Bank (checking), being account #xxxxxxx6337. The $85,191.47 was deposited in that account. Current balance on hand: $58,098.50. Bond: $100,000.00. Estimated final report date: 8-30-20.

### CASE STATUS

The estate's assets consist of cash, (subject to administrative claims, which exceed the amount of cash on hand) and litigation against the initial trustee, his law firms, Comerica Bank, and the bonding company.

In the past 12 months there have been no recoveries. Summary judgment motions have been argued. The parties await the Court's determination on the cross motions for Summary Judgment.

It is uncertain when a decision on the discovery motions and dispositive motions will be reached by the Court, as the record voluminous.

Dated: October 8, 2018                               VINING LAW GROUP, PLC

/s/ Guy C. Vining
By: Guy C. Vining P27892
Second Successor Trustee
20500 Eureka Road, Suite #300
Taylor, Michigan 48180
734.281.2050