# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

**M.T.G., INC., d/b/a MATRIX**
**TECHNOLOGIES GROUP,**

Case No: 95-48268
Chapter 7
Honorable: Thomas Tucker

**Debtor**.

_____/

## REPORT BY (SECOND) SUCCESSOR TRUSTEE, GUY C. VINING, FOR PERIOD ENDING 9-30-19

The undersigned was elected as (the second) successor trustee on August 24, 2001 and the election was confirmed by a court order on December 21, 2001.

On February 8, 2002 an Order Granting Trustee's Second Motion for Authority to Pay Chapter 7 Administrative Expenses was entered. Following the entry of this order, the successor trustee, Douglas S. Ellmann, timely transmitted to the undersigned $85,191.47.

On February 22, 2002 the undersigned opened a trustee's account with the Huntington National Bank (checking), being account #xxxxxxx6337. The $85,191.47 was deposited in that account. Current balance on hand: $57,915.36. Bond: $100,000.00. Estimated final report date: 8-30-20.

## CASE STATUS

The estate's assets consist of cash, (subject to administrative claims, which exceed the amount of cash on hand) and litigation against the initial trustee, his law firms, Comerica Bank, and the bonding company.

In the past 12 months there have been no recoveries. Summary judgment motions have been argued. The parties await the Court's determination on the cross motions for Summary Judgment.

It is uncertain when a decision on the discovery motions and dispositive motions will be reached by the Court, as the record voluminous.

Dated: October 18, 2019                                        VINING LAW GROUP, PLC


                                                               /s/ Guy C. Vining
                                                               By: Guy C. Vining P27892
                                                               Second Successor Trustee
                                                               20500 Eureka Road, Suite #300
                                                               Taylor, Michigan 48180
                                                               734.281.2050

2

## FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 95-48268-TT
Case Name: MTG, Inc.
For Period Ending: 9-30-19

Trustee Name: Guy C. Vining
Date Filed (f) or Converted(c): 2-8-96(c)
§34(a) Meeting Date: 3-6-96
Claims Bar Date: 6-4-96

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref# 1. Funds turned over from Douglas Ellenan(u) | $85,191.47 | $85,191.47 | | $85,191.47 | F/A |
| 2. Interest (Total) | UNKNOWN | UNKNOWN | | $7,706.16 | |
| 3. Causes of Action (u) | UNKNOWN | UNKNOWN | | $217,085.74 | |
| | | | | | |

TOTALS (Excluding unknown Values)     $85,191.47        $309,998.37

Gross Value of Remaining Assets
unknown
(Total Dollar Amount in Column 6)

Major activities affecting case closing:    Turnover, Causes of Action, See Report by (Second) Successor Trustee, Guy C. Vining, for period ending 3-31-11 for detailed status. Values of cause of action unknown at this time. Four causes of action. One resolved for $175,000.00, three outstanding.

Initial Projected Date of Final Report (TFR):   8-30-04       Current Projected Date of Final Report (TFR):   8-30-20

## FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 95-48268-TT
Case Name: MTG, Inc.
Taxpayer ID#: 38-2953616
For Period Ending: 3-31-02 - 9-30-19

Trustee Name: Guy C. Vining
Bank Name: Huntington National
Initial CD#: 0138166637
Blanket bond (per case limit): N/A
Separate bond (if applicable): $100,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Deposit $ | Disbursement $ | Certificate of Deposit Balance |
| 2-22-02 | | D.S. Ellmann | Asset Turnover Prior Trustee | $85,191.47 | | $85,191.47 |
| 2-8-02 | Int. | Huntington | Interest Posting 0.501% | $8.29 | | $85,199.76 |
| 3-02 | 1001 | K. Schneider | ADMIN. Ex. P/O 2-8-02 | | $17,101.80 | $68,097.96 |
| 3-02 | 1003 | D.S. Ellmann | ADMIN. Ex. P/O 2-8-02 | | $1,641.93 | $66,456.03 |
| 3-26-02 | 1002 | James J. White | ADMIN. Ex. P/O 2-8-02 | | $1,247.75 | $65,208.28 |
| 3-19-02 | Int. | Huntington | Interest Posting 0.501% | $29.19 | | $65,237.47 |
| 4-30-02 | | Huntington | Interest Posting .454% | $24.30 | | $65,261.77 |
| 5-31-02 | | Huntington | Interest Posting .279% | $15.47 | | $65,277.24 |
| 6-30-02 | | Huntington | Interest Posting .250% | $13.41 | | $65,290.65 |
| 7-31-02 | | Huntington | Interest Posting .250% | $13.87 | | $65,304.52 |
| 8-31-02 | | Huntington | Interest Posting .250% | $13.86 | | $65,318.36 |
| 9-30-02 | | Huntington | Interest Posting .250% | $13.42 | | $65,331.80 |
| 10-31-02 | | Huntington | Interest Posting .250% | $13.88 | | $65,345.68 |
| 11-30-02 | | Huntington | Interest Posting .250% | $13.42 | | $65,359.10 |
| 12-31-02 | | Huntington | Interest Posting .250% | $13.88 | | $65,372.98 |
| 1-31-03 | | Huntington | Interest Posting .250% | $13.88 | | $65,386.86 |
| 2-28-03 | | Huntington | Interest Posting .250% | $12.50 | | $65,399.36 |

| Date | Ref | Payee | Description | | | Balance |
|---|---|---|---|---|---|---|
| 2-7-03 | 1001 | Myers-Reese | Bond Premium | | $306.00 | $65,093.36 |
| 3-30-03 | | Huntington | Interest Posting .250% | $13.82 | | $65,107.18 |
| 4-30-03 | | Huntington | Interest Posting .250% | $13.38 | | $65,120.56 |
| 5-30-03 | | Huntington | Interest Posting .250% | $13.82 | | $65,134.38 |
| 6-30-03 | | Huntington | Interest Posting .250% | $13.39 | | $65,147.77 |
| 7-29-03 | | Phoenix Press | Sale Deposit | $5,000.00 | | $70,147.77 |
| 7-31-03 | | Huntington | Interest Posting .250% | $13.90 | | $70,161.90 |
| 8-30-03 | | Huntington | Interest Posting .250% | $14.89 | | $70,175.56 |
| 9-30-03 | | Huntington | Interest Posting .250% | $14.42 | | $70,190.98 |
| 10-29-03 | | K. Vercnocke | Sale Deposit | $12,000.00 | | $82,190.98 |
| 10-29-03 | | D. Waelchi | Sale Deposit | $34,000.00 | | $116,190.98 |
| 10-30-03 | | Huntington | Interest Posting .250% | $15.77 | | $116,206.75 |
| 11-24-03 | 1003 | D. Waelchi | Return Deposit | | $34,000.00 | $82,206.75 |
| 11-30-03 | | Huntington | Interest Posting .250% | $22.25 | | $82,229.00 |
| 12-8-03 | 1002 | K. Vercnocke | Return of Deposit | | $12,000.00 | $70,229.00 |
| 12-30-03 | | Huntington | Interest Posting .250% | $15.49 | | $70,244.49 |
| 1-2-04 | 1004 | Myers | Trustee Bond | | $306.00 | $69,938.49 |
| 1-30-04 | | Huntington | Interest Posting .249% | $14.83 | | $69,953.32 |
| 2-29-04 | | Huntington | Interest Posting .249% | $13.86 | | $69,967.18 |
| 3-31-04 | | Huntington | Interest Posting .249% | $14.81 | | $69,981.99 |
| 4-30-04 | | Huntington | Interest Posting .249% | $14.34 | | $69,996.33 |
| 5-30-04 | | Huntington | Interest Posting .249% | $14.82 | | $70,011.15 |
| 6-30-04 | | Huntington | Interest Posting .249% | $14.35 | | $70,025.50 |
| 7-30-04 | | Huntington | Interest Posting .249% | $14.83 | | $70,040.33 |
| 8-18-04 | 106 | Phoenix | Return of Sale Deposit | | $5,000.00 | $65,040.33 |

95-28268-tjt    Doc 1634    Filed 10/18/19    Entered 10/18/19 08:22:39    Page 5 of 16

| Date | Account | Bank | Description | Amount | | Balance |
|---|---|---|---|---|---|---|
| 8-30-04 | | Huntington | Interest Posting .249% | $14.35 | | $65,054.68 |
| 9-30-04 | | Huntington | Interest Posting .249% | $13.33 | | $65,068.01 |
| 10-30-04 | | Huntington | Interest Posting .249% | $13.78 | | $65,081.79 |
| 11-30-04 | | Huntington | Interest Posting .249% | $13.34 | | $65,095.13 |
| 11-30-04 | | Huntington | Interest Posting .249% | $13.78 | | $65,108.91 |
| 1-30-05 | | Huntington | Interest Posting .250% | $13.82 | | $65,122.73 |
| 2-2-05 | 107 | Myers | Bond Renewal | | $306.00 | $64,816.73 |
| 2-8-05 | | Huntington | Interest Posting .250% | $12.44 | | $64,829.17 |
| 3-31-05 | | Huntington | Interest Posting .250% | $13.76 | | $64,842.93 |
| 4-0-05 | | Huntington | Interest Posting | $1.78 | | $64,844.47 |
| 5-0-05 | | Huntington | Interest Posting 1.852% | $75.05 | | $64,919.76 |
| 6-30-05 | | Huntington | Interest Posting 2.157% | $114.01 | | $65,033.77 |
| 7-30-05 | | Huntington | Interest Posting 2.498% | $136.43 | | $65,170.20 |
| 8-0-05 | | Huntington | Interest Posting 2.498% | $136.72 | | $65,306.92 |
| 9-0-05 | | Huntington | Interest Posting 2.498% | $132.58 | | $65,439.50 |
| 10-30-05 | | Huntington | Interest Posting 2.498% | $137.28 | | $65,576.78 |
| 11-30-05 | | Huntington | Interest Posting 2.498% | $133.13 | | $65,709.91 |
| 1-30-05 | | Huntington | Interest Posting 2.498% | $137.85 | | $65,847.76 |
| 1-2-06 | 1008 | Myers | Bond Renewal | | $306.00 | $65,541.76 |
| 1-30-06 | | Huntington | Interest Posting 2.498% | $137.95 | | $65,679.71 |
| 2-8-06 | | Huntington | Interest Posting 2.498% | $124.45 | | $65,804.16 |
| 3-1-06 | | Huntington | Interest Posting 2.498% | $138.04 | | $65,942.20 |
| 4-0-06 | | Huntington | Interest Posting 2.498% | $133.87 | | $66,076.07 |
| 5-31-06 | | Huntington | Interest Posting 2.498% | $138.62 | | $66,214.69 |
| 6-30-06 | | Huntington | Interest Posting 2.498% | $134.42 | | $66,349.11 |

| Date | Check No | Payee | Description | | | Balance |
|---|---|---|---|---|---|---|
| 7-31-06 | | Huntington | Interest Posting 2.498% | $139.19 | | $66,488.30 |
| 8-31-06 | | Huntington | Interest Posting 2.498% | $139.48 | | $66,627.78 |
| 9-30-06 | | Huntington | Interest Posting 2.498% | $135.26 | | $66,763.04 |
| 10-31-06 | | Huntington | Interest Posting 2.498% | $140.06 | | $66,903.10 |
| 11-30-06 | | Huntington | Interest Posting 2.498% | $135.82 | | $67,038.92 |
| 12-4-06 | 1010 | Myers | Bond Renewal | | $306.00 | $66,732.92 |
| 12-31-06 | | Huntington | Interest Posting 2.498% | $140.06 | | $66,872.98 |
| 1-1-07 | | Huntington | Interest Posting 2.498% | $140.28 | | $67,013.26 |
| 2-28-07 | | Huntington | Interest Posting 2.498% | $126.98 | | $67,140.24 |
| 3-1-07 | | Huntington | Interest Posting 2.498% | $140.85 | | $67,281.09 |
| 4-0-07 | | Huntington | Interest Posting 2.498% | $136.59 | | $67,417.68 |
| 5-1-07 | | Huntington | Interest Posting 2.498% | $141.43 | | $67,559.11 |
| 6-9-07 | | Huntington | Interest Posting 2.498% | $137.15 | | $67,696.26 |
| 7-1-07 | | Huntington | Interest Posting 2.498% | $142.01 | | $67,838.27 |
| 8-1-07 | | Huntington | Interest Posting 2.498% | $142.31 | | $67,980.58 |
| 9-8-07 | | Huntington | Interest Posting 2.498% | $138.01 | | $68,118.59 |
| 10-31-07 | | Huntington | Interest Posting 2.498% | $142.90 | | $68,261.49 |
| 11-30-07 | | Huntington | Interest Posting 2.498% | $138.58 | | $68,400.07 |
| 12-31-07 | | Huntington | Interest Posting 2.498% | $143.49 | | $68,543.56 |
| 1-2-08 | 1011 | Meyers | Bond Renewal | | $306.00 | $68,237.56 |
| 2-9-08 | 1012 | Vining Law Group | Reimbursement for Stuart Gold | | $600.00 | $67,637.56 |
| 10-1-08 | | Huntington | Interest Posting 2.422% | $138.18 | | $67,775.74 |
| 2-9-08 | | Huntington | Interest Posting 2.389% | $127.27 | | $67,903.01 |
| 3-31-08 | | Huntington | Interest Posting 2.100% | $119.98 | | $68,022.99 |
| 4-7-08 | | Huntington | Settlement Income | $175,000.00 | | $243,022.99 |

| Date | Check # | Payee | Description | | | Balance |
|---|---|---|---|---|---|---|
| 4-20-08 | | Huntington | Interest Posting 1.729% | $285.12 | | $243,308.11 |
| 5-7-08 | 1013 | MRSC | Increase in Bond | | $172.00 | $243,136.11 |
| 5-22-08 | 1014 | C. Ghiglieri | Expert Retainer | | $5,000.00 | $238,136.11 |
| 5-30-08 | | Huntington | Interest 1.749% | $358.42 | | $238,494.53 |
| 6-8-08 | 1015 | Larry Dubin | Expert Fee 80% | | $7,980.00 | $230,514.53 |
| 6-25-08 | 1016 | C. Ghiglieri | Expert Fee 80% | | $8,700.00 | $221,814.53 |
| 7-08 | | Huntington | Interest 1.749% | $332.04 | | $222,146.57 |
| 7-10-08 | 1018 | Huntington | Voided Check | | $0.00 | $222,146.57 |
| 7-11-08 | 1017 | T. Halbert | Attorney Fee | | $70,000.00 | $152,146.57 |
| 7-11-08 | 1019 | Nathan, Zousmer | Voided Check | | $0.00 | $152,146.57 |
| 7-11-08 | 1020 | Berkley, Mengel | Voided Check | | $0.00 | $152,146.57 |
| 7-15-08 | 1021 | Berkley, Mengel | Attorney Fee | | $15,000.00 | $137,146.57 |
| 7-16-08 | 1022 | Nathan, Zousmer | Attorney Fee | | $15,000.00 | $122,146.57 |
| 7-10-08 | 1023 | Gallagher | Expert Fee 80% | | $10,355.00 | $111,791.57 |
| 7-11-08 | | Huntington | Interest 1.749% | $305.29 | | $112,096.86 |
| 8-3-08 | 1024 | Detroit Legal Imaging | Invoice #186091B | | $1,816.32 | $110,280.54 |
| 8-11-08 | | Huntington | Interest 1.749% | $165.96 | | $110,446.50 |
| 9-8-08 | 1025 | Kinkos | Photocopies | | $207.69 | $110,238.81 |
| 9-04-08 | 1026 | Bienenstock | Court Reporting/Depositions | | $1,241.40 | $108,997.41 |
| 9-24-08 | 1027 | Gallagher | Expert Fee 80% | | $944.00 | $108,053.41 |
| 9-30-08 | | Huntington | Interest 1.670% | $150.19 | | $108,203.60 |
| 10-22-08 | 1028 | N. Witte | Expert Fee 80% | | $6,671.36 | $101,532.24 |
| 10-29-08 | 1029 | Bienenstock | Court Reporting/Depositions | | $4,296.10 | $97,236.14 |
| 10-31-08 | | Huntington | Interest 1.469% | $127.26 | | $97,363.40 |
| 11-26-08 | 1030 | Bienenstock | Court Reporting/Depositions | | $2,080.10 | $95,283.30 |

| Date | No. | Payee | Description | | | Balance |
|---|---|---|---|---|---|---|
| 11-30-08 | | Huntington | Interest 1.248% | $99.81 | | $95,383.11 |
| 12-31-08 | | Huntington | Interest 1.066% | $86.44 | | $95,469.55 |
| 1-4-09 | 1031 | Bienenstock | Court Reporting/Depositions | | $377.60 | $95,091.95 |
| 1-8-09 | 1032 | Morris & Doherty | Attorney Fee | | $35,000.00 | $60,091.95 |
| 1-8-09 | 1033 | Morris & Doherty | Costs | | $1,052.26 | $59,039.69 |
| 1-01-09 | | Huntington | Interest 0.853% | $66.26 | | $59,105.95 |
| 2-09 | 1034 | Larry Dubin | Expert Fee 80% | | $6,420.00 | $52,685.95 |
| 2-28-09 | | Huntington | Interest 0.853% | $35.11 | | $52,721.06 |
| 3-09 | 1035 | MRSC | Bond Renewal | | $293.00 | $52,428.06 |
| 3-09 | 1036 | V. Lucente | Court Reporting/Depositions | | $427.75 | $52,000.31 |
| 3-09 | 1037 | Bienenstock | Court Reporting/Depositions | | $522.20 | $51,478.11 |
| 3-09 | 1038 | Garan, Lucow | Copying Costs | | $88.40 | $51,389.71 |
| 3-18-09 | 1039 | Gallagher | Expert Fee 80% | | $1,196.80 | $50,192.91 |
| 3-1-09 | | Huntington | Interest 0.853% | $37.07 | | $50,229.98 |
| 4-09 | 1040 | Bienenstock | Court Reporting/Depositions | | $1,430.20 | $48,799.78 |
| 4-09 | 1041 | N. Witte | Expert Fee 80% | | $3,901.60 | $44,898.18 |
| 4-09 | 1042 | Computing Source | Copying Fees | | $519.93 | $44,378.25 |
| 4-30-09 | | Huntington | Interest | $14.43 | | $44,392.68 |
| 5-09 | 1043 | Bienenstock | Court Reporting/Depositions | | $1,349.20 | $43,043.48 |
| 5-13-09 | 1044 | Ghiglieri | Expert Fee 80% | | $13,830.00 | $29,213.48 |
| 5-7-09 | 1045 | Gallagher | Expert Fee 80% | | $2,676.00 | $26,537.48 |
| 5-1-09 | | Huntington | Interest | $8.53 | | $26,546.01 |
| 6-10-09 | 1046 | Ghiglieri | Expert Fee 80% | | $190.00 | $26,356.01 |
| 6-30-09 | | Huntington | Interest | $2.18 | | $26,358.19 |
| 7-1-09 | 1047 | Ghiglieri | Expert Fee 80% | | $1,733.25 | $24,624.94 |

| | | Bienenstock | Court Reporting/Depositions | | | |
|---|---|---|---|---|---|---|
| 7-8-09 | | Bienenstock | | | $600.10 | $24,024.84 |
| 7-31-09 | 1048 | Huntington | Interest | $2.07 | | $24,026.91 |
| 8-1-09 | | Huntington | Interest | $2.04 | | $24,028.95 |
| 9-30-09 | | Huntington | Interest | $1.98 | | $24,030.93 |
| 10-31-09 | | Huntington | Interest | $2.04 | | $24,032.97 |
| 1-30-09 | | Huntington | Interest | $1.98 | | $24,034.95 |
| 1-23-09 | 1049 | MRSC | Bond | | $293.00 | $23,741.95 |
| 12-31-09 | | Huntington | Interest | $2.04 | | $23,743.99 |
| 1-9-10 | | Huntington | Interest | $2.01 | | $23,746.00 |
| 2-10 | 1050 | Gallagher | Expert Fee 80% | | $1,076.00 | $22,670.00 |
| 2-8-10 | | Huntington | Interest | $1.75 | | $22,671.75 |
| 3-30-10 | | Huntington | Interest | $1.93 | | $22,673.28 |
| 4-0-10 | | Huntington | Interest | $1.86 | | $22,675.54 |
| 5-8-10 | | Disgorgement Payment | Deposit | $12,197.74 | | $34,873.28 |
| 5-0-10 | | Disgorgement Payment | Deposit | $29,888.00 | | $64,761.28 |
| 5-08-10 | | MTG Client Trust | May Interest | $4.39 | | $64,765.67 |
| 6-0-10 | | MTG Client Trust | June Interest | $18.64 | | $64,784.31 |
| 7-30-10 | | MTG Client Trust | July Interest | $19.25 | | $64,803.56 |
| 8-1-10 | | MTG Client Trust | August Interest | $19.27 | | $64,822.83 |
| 9-0-10 | | MTG Client Trust | September Interest | $13.32 | | $64,836.15 |
| 1-31-10 | | MTG Client Trust | October Interest | $11.01 | | $64,847.16 |
| 11-30-10 | | MTG Client Trust | November Interest | $10.66 | | $64,857.82 |
| 12-22-10 | 1050 | MRSC | Bond Renewal | | $270.00 | $64,587.82 |

| Date | Check # | Payee | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|---|
| 12-31-10 | | MTG Client Trust | December Interest | $11.01 | | $64,598.83 |
| 1-31-11 | | MTG Client Trust | January Interest | $7.79 | | $64,606.62 |
| 2-8-11 | | MTG Client Trust | February Interest | $4.96 | | $64,611.58 |
| 3-1-11 | | MTG Client Trust | March Interest | $5.48 | | $64,617.06 |
| 4-7-11 | 1052 | Ghiglieri | Expert Fee 80% | | $1,350.00 | $63,267.06 |
| 4-30-11 | | MTG Client Trust | April Interest | $5.31 | | $63,272.37 |
| 5-10-11 | | MTG Client Trust | May Interest | $10.41 | | $63,282.78 |
| 6-7-11 | 1053 | Dubin | Expert Fee 80% | | $720.00 | $62,562.78 |
| 6-30-11 | | MTG Client Trust | June Interest | $9.48 | | $62,572.26 |
| 7-30-11 | | MTG Client Trust | July Interest | $7.97 | | $62,580.23 |
| 8-30-11 | | MTG Client Trust | August Interest | $7.98 | | $62,588.21 |
| 9-30-11 | | MTG Client Trust | September Interest | $7.71 | | $62,595.92 |
| 10-31-11 | | MTG Client Trust | October Interest | $1.97 | | $62,597.89 |
| 11-30-11 | | MTG Client Trust | November Interest | $0.52 | | $62,598.41 |
| 11-27-11 | 1054 | C2 Legal of MI, LLC | OCR & DVD | | $1,114.11 | $61,484.30 |
| 11-27-11 | 1055 | MRSC | Bond Renewal | | $270.00 | $61,214.30 |
| 12-31-11 | | MTG Client Trust | December Interest | $.053 | | $61,214.83 |
| 1-31-12 | | MTG Client Trust | January Interest | $0.52 | | $61,215.35 |
| 2-8-2012 | 1056 | Ghiglieri | Expert Fee | | $1,233.70 | $59,981.65 |
| 2-29-12 | | MTG Client Trust | February Interest | $0.48 | | $59,982.13 |
| 3-31-12 | | MTG Client Trust | March Interest | $0.51 | | $59,982.64 |
| 4-30-12 | | MTG Client Trust | April Interest | $2.33 | | $59,984.97 |
| 5-31-12 | | MTG Client Trust | May Interest | $2.62 | | $59,987.59 |
| 6-30-12 | | MTG Client Trust | June Interest | $4.91 | | $59,992.50 |
| 7-31-12 | | MTG Client Trust | July Interest | $5.09 | | $59,997.59 |

| Date | Check # | Payee | Description | Amount | Credit | Balance |
|---|---|---|---|---|---|---|
| 8-31-12 | | MTG Client Trust | August Interest | $5.08 | | $60,002.67 |
| 9-30-12 | | MTG Client Trust | September Interest | $4.92 | | $60,007.59 |
| 10-31-12 | | MTG Client Trust | October Interest | $5.08 | | $60,012.67 |
| 11-30-12 | | MTG Client Trust | November Interest | $3.73 | | $60,016.40 |
| 12-05-12 | 1057 | CNA Survey | Bond | | $270.00 | $59,746.40 |
| 12-31-12 | | MTG Client Trust | December Interest | $3.80 | | $59,750.20 |
| 01-31-2013 | | MTG Client Trust | January Interest | $3.72 | | $59,753.92 |
| 02-28-13 | | MTG Client Trust | February Interest | $2.30 | | $59,756.22 |
| 03-31-13 | | MTG Client Trust | March Interest | $2.53 | | $59,758.75 |
| 04-30-13 | | MTG Client Trust | April Interest | $2.46 | | $59,761.21 |
| 05-31-13 | | MTG Client Trust | May Interest | $2.54 | | $59,763.75 |
| 06-30-13 | | MTG Client Trust | June Interest | $2.45 | | $59,766.20 |
| 07-31-13 | | MTG Client Trust | July Interest | $2.54 | | $59,768.74 |
| 08-30-13 | | MTG Client Trust | August Interest | $2.54 | | $59,771.28 |
| 09-30-13 | | MTG Client Trust | September Interest | $2.46 | | $59,773.74 |
| 10-31-13 | | MTG Client Trust | October Interest | $2.53 | | $59,776.27 |
| 11-30-13 | | MTG Client Trust | November Interest | $2.46 | | $59,778.53 |
| 12-30-13 | 1058 | CNA Survey | Bond Renewal | | $270.00 | $59,508.73 |
| 12-31-13 | | MTG Client Trust | December Interest | $2.53 | | $59,511.26 |
| 1-0-14 | | MTG Client Trust | January Interest | $2.52 | | $59,513.78 |
| 2-28-14 | | MTG Client Trust | February Interest | $2.29 | | $59,516.07 |
| 3-31-14 | | MTG Client Trust | March Interest | $5.62 | | $59,521.69 |

| Date | Check # | Payee | Description | Amount | | Balance |
|---|---|---|---|---|---|---|
| 4-3-14 | | MTG Client Trust | April Interest | $7.34 | | $59,529.03 |
| 5-31-14 | | MTG Client Trust | May Interest | $7.58 | | $59,536.61 |
| 6-30-14 | | MTG Client Trust | June Interest | $7.34 | | $59,543.95 |
| 7-31-14 | | MTG Client Trust | July Interest | $7.59 | | $59,551.54 |
| 8-31-14 | | MTG Client Trust | August Interest | $7.59 | | $59,559.13 |
| 9-30-14 | | MTG Client Trust | September Interest | $7.34 | | $59,566.47 |
| 9-31-14 | 1059 | CNA Survey | Bond Renewal | | $270.00 | $59,296.47 |
| 10-31-14 | | MTG Client Trust | October Interest | $7.58 | | $59,304.05 |
| 11-30-14 | | MTG Client Trust | November Interest | $7.31 | | $59,311.36 |
| 12-31-14 | | MTG Client Trust | December Interest | $7.55 | | $59,318.91 |
| 1-31-15 | | MTG Client Trust | January Interest | $7.56 | | $59,326.47 |
| 2-28-15 | | MTG Client Trust | February Interest | $6.83 | | $59,330.30 |
| 3-1-15 | | MTG Client Trust | March Interest | $7.56 | | $59,340.86 |
| 4-30-15 | | MTG Client Trust | April Interest | $7.31 | | $59,348.17 |
| 5-31-15 | | MTG Client Trust | May Interest | $7.56 | | $59,335.73 |
| 6-30-15 | | MTG Client Trust | June Interest | $7.32 | | $59,363.05 |
| 7-31-15 | | MTG Client Trust | July Interest | $7.56 | | $59,370.61 |
| 8-31-15 | | MTG Client Trust | August Interest | $7.57 | | $59,378.18 |
| 9-30-15 | | MTG Client Trust | September Interest | $7.32 | | $59,385.50 |
| 10-31-15 | | MTG Client Trust | October Interest | $7.55 | | $59,393.05 |
| 10-31-15 | 1060 | MTG Client Trust | Bond Renewal | | $270.00 | $59,123.05 |
| 11-30-15 | | MTG Client Trust | November Interest | $7.29 | | $59,130.34 |
| 12-31-15 | | MTG Client Trust | December Interest | $7.53 | | $59,137.87 |
| 1-31-16 | | MTG Client Trust | January Interest | $7.51 | | $59,145.38 |
| 2-29-16 | | MTG Client Trust | February Interest | $7.01 | | $59,152.39 |

| Date | Check # | Payee | Description | Interest | Amount | Balance |
|---|---|---|---|---|---|---|
| 2-29-16 | | MTG Client Trust | Debbie Kremlick-Transcript | | | $58,514.49 |
| 3-31-16 | 1061 | MTG Client Trust | March Interest | $7.44 | $637.90 | $58,521.93 |
| 4-?0-16 | 1062 | MTG Client Trust | Debbie Kremlick-Transcript | | $101.70 | $58,420.23 |
| 4-?0-16 | | MTG Client Trust | April Interest | $7.19 | | $58,427.42 |
| 5-?1-16 | | MTG Client Trust | May Interest | $7.42 | | $58,434.84 |
| 6-?0-16 | | MTG Client Trust | June Interest | $7.18 | | $58,442.02 |
| 7-?1-16 | | MTG Client Trust | July Interest | $7.43 | | $58,449.45 |
| 8-?1-16 | | MTG Client Trust | August Interest | $7.43 | | $58,456.88 |
| 9-?0-16 | | MTG Client Trust | September Interest | $7.18 | | $58,464.06 |
| 10-31-16 | 1063 | CNA Surety | Bond Renewal | | $270.00 | $58,194.06 |
| 10-31-16 | | MTG Client Trust | October Interest | $7.41 | | $58,201.47 |
| 11-30-16 | | MTG Client Trust | November Interest | $7.15 | | $58,208.62 |
| 12-31-16 | | MTG Client Trust | December Interest | $7.40 | | $58,216.02 |
| 1-?1-17 | | MTG Client Trust | January Interest | $7.42 | | $58,223.44 |
| 2-?8-17 | | MTG Client Trust | February Interest | $6.69 | | $58,230.13 |
| 3-?1-2017 | | MTG Client Trust | March Interest | $7.42 | | $58,237.55 |
| 4-?0-17 | | MTG Client Trust | April Interest | $7.18 | | $58,244.73 |
| 5-?1-17 | | MTG Client Trust | May Interest | $7.42 | | $58,252.15 |
| 6-?0-17 | | MTG Client Trust | June Interest | $7.19 | | $58,259.34 |
| 7-?-2017 | | MTG Client Trust | July Interest | $7.42 | | $58,266.76 |
| 8-?1-2017 | | MTG Client Trust | August Interest | $7.42 | | $58,274.18 |
| 9-?0-2017 | | MTG Client Trust | September Interest | $7.18 | | $58,281.36 |
| 10-31-2017 | | MTG Client Trust | October Interest | $7.43 | | $58,288.79 |
| 11-15-2017 | 1064 | MTG Client Trust | CNA Surety | | $270.00 | $58,018.79 |
| 11-30-2017 | | MTG Client Trust | November Interest | $7.17 | | $58,025.96 |

| Date | Check # | Payee | Description | Interest | Amount | Balance |
|---|---|---|---|---|---|---|
| 12-31-2017 | | MTG Client Trust | December Interest | $7.40 | | $58,033.36 |
| 1-31-2018 | | MTG Client Trust | January Interest | $7.39 | | $58,040.75 |
| 2-28-2018 | | MTG Client Trust | February Interest | $6.68 | | $58,047.43 |
| 3-31-2018 | | MTG Client Trust | March Interest | $7.39 | | $58,054.82 |
| 4-30-2018 | | MTG Client Trust | April Interest | $7.16 | | $58,061.98 |
| 5-31-2018 | | MTG Client Trust | May Interest | $7.40 | | $58,069.38 |
| 6-30-2018 | | MTG Client Trust | June Interest | $7.16 | | $58,076.54 |
| 7-31-2018 | | MTG Client Trust | July Interest | $7.40 | | $58,083.94 |
| 8-31-2018 | | MTG Client Trust | August Interest | $7.40 | | $58,091.34 |
| 9-30-2018 | | MTG Client Trust | September Interest | $7.16 | | $58,098.50 |
| 10-31-2018 | | MTG Client Trust | October Interest | $7.40 | | $58,105.90 |
| 11-14-2018 | 1065 | MTG Client Trust | CNA Surety | | $270.00 | $57,835.90 |
| 11-30-2018 | | MTG Client Trust | November Interest | $7.15 | | $57,843.05 |
| 12-31-2018 | | MTG Client Trust | December Interest | $7.37 | | $57,850.42 |
| 1-31-2019 | | MTG Client Trust | January Interest | $7.37 | | $57,857.79 |
| 2-28-2019 | | MTG Client Trust | February Interest | $6.66 | | $57,864.45 |
| 3-31-2019 | | MTG Client Trust | March Interest | $7.37 | | $57,871.82 |
| 4-30-2019 | | MTG Client Trust | April Interest | $7.13 | | $57,878.95 |
| 5-31-2019 | | MTG Client Trust | May Interest | $7.38 | | $57,886.33 |
| 6-30-2019 | | MTG Client Trust | June Interest | $7.14 | | $57,893.47 |
| 7-31-2019 | | MTG Client Trust | July Interest | $7.37 | | $57,900.84 |
| 8-31-2019 | | MTG Client Trust | August Interest | $7.38 | | $57,908.22 |
| 9-30-2019 | | MTG Client Trust | September Interest | $7.14 | | $57,915.36 |

COLUMN TOTALS
  Less:  Bank transfers/CDs
Subtotal
  Less:  Payments to debtors

Net